UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY MIDGYETT,

          Petitioner,               Case No. 17-cv-13846

v.

                              HONORABLE AVERN COHN

SHANE JACKSON,

          Respondent.

_____/

## ORDER DENYING PETITIONER'S MOTION
## TO HOLD RESPONDENT IN DEFAULT (Doc. 9)
## AND
## DIRECTING RESPONDENT TO MAIL A COPY OF THE RESPONSE TO PETITIONER

This is a pro se habeas corpus case under 28 U.S.C. §§ 2241 and 2254.

Petitioner Gregory Midgyett challenges his state court convictions for second-degree

murder and three weapon offenses.  Before the Court is Petitioner's motion to hold

respondent Shane Jackson in default for allegedly failing to file a timely response to the

petition.  See Doc. 9.  Petitioner makes a similar allegation in a letter filed on April 18,

2019.  See Doc. 10.

Petitioner accurately points out in his motion and letter that Respondent was

ordered to file a responsive pleading by June 4, 2018.  See Doc. 4.  Contrary to

Petitioner's additional allegation, however, Respondent is not in default.  He filed a timely

answer to the petition and the state-court materials on June 4, 2018.  See Docs. 7-8.  He

has also certified that he mailed a copy of his answer to Petitioner.  See Doc. 7, p. 60.

Accordingly, Petitioner's motion to hold Respondent in default is **DENIED**.

Petitioner also requests a copy of the Respondent's answer. <u>See</u> Doc. 11. Although Respondent certified that a copy was mailed to Petitioner, in an abundance of caution, the Court **DIRECTS** that Respondent mail another copy of the answer to Petitioner.

SO ORDERED.

<u>S/Avern Cohn</u>
AVERN COHN
Dated:  6/12/2019          UNITED STATES DISTRICT JUDGE
Detroit, Michigan